Name and address
Michael E. Piston
3808 Union Street, Ste 9A, Flushing, NY 11354
Local Counsel: Arthur Minas
501 W. 6th St
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Wei Lai Development LLC and Lin Han

v.  Plaintiff(s)

United States Citizenship and Immigration Services

Defendant(s).

CASE NUMBER

2:21-cv-04611-svw-ks

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Piston, Michael E.         of
*Applicant's Name (Last Name, First Name & Middle Initial)*

646-876-3722      2067706350
*Telephone Number*   *Fax Number*

michaelpiston4@gmail.com
*E-Mail Address*

Michael E. Piston, Attorney at Law
3808 Union Street, Suite 9A, Flushing, NY 11354

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Wei Lai Development LLC and Lin Han

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Minas, Arthur            of
*Designee's Name (Last Name, First Name & Middle Initial)*

290517        213-347-0025      213-623-2899
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

arthur@wilawgroup.com
*E-Mail Address*

Weisz Immigration Law Group
510 W. 6th Street
Los Angeles, CA 90014

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  June 21, 2021

*[signature]*

U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1