# ARCTURUS HEALTHCARE

## Prism Medical Group, a division of Arcturus Healthcare
### Phone: 248-997-7000 | Fax: 248-997-7007

July 15th

To Whom It May Concern:

Mr. Michael Piston is a patient under my care. He is a diabetic and is high risk to Fly. I am recommending he does not fly in to his meeting schedule for July 26, 2021. If you have any further questions, please contact my office @ 248-385-0804.

Sincerely,

Jonathan D. Copeland, M.D.

1701 South Blvd. E. Ste. 160/240
Rochester Hills, Michigan 48307

50 West Big Beaver Rd. Ste. 190
Bloomfield Hills, Michigan 48304

Joel E. Buchanan, M.D.
Michael W. Nichols, M.D.
Kelly Z. Ortwine, M.D.
Jennifer L. Raffin, M.D.
Elizabeth A. Joslin, M.D.

Katherine Parish, D.O.
Paul Steffan, M.D.
Roby J. Geevarghese, M.D.
Alexandra Skerske, FNP-BC

www.prismmedicalgroup.com

Jonathan D. Copeland, M.D.
James Wood, FNP-C

Danielle Carr, PA-C