MICHAEL E. PISTON (Pro Hac Vice)
38-08 Union St. Suite 9A
Flushing, NY 11354
Telephone: (646) 876-3772
Fax: (206) 770-6350
Michaelpiston4@gmail.com

Attorney for Plaintiffs

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
AARON C.G. CARPENTER (Cal. Bar No. 273446)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3579
    Facsimile: (213) 894-7819
    E-mail: Aaron.Carpenter2@usdoj.gov

Attorneys for Defendant United States Citizenship and Immigration Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WEI LAI DEVELOPMENT LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. CV 21-4611-SVW (KSx) <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> Honorable Stephen V. Wilson <br> United States District Judge |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

Dated: August 26, 2021

/s/ *Michael E. Piston*
MICHAEL E. PISTON
ARTHUR MINAS

Attorneys for Plaintiffs

Dated: August 26, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Aaron C.G. Carpenter*
AARON C.G. CARPENTER*
Assistant United States Attorney

Attorneys for Defendant United States Citizenship and Immigration Services

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.